
FILED
JUL 25 2018
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Robert K. Malkin DEFENDANT(S). | 18-mj-1928 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__ , IT IS ORDERED that a detention hearing is set for __7/26/18__ , ____ , at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__ , in Courtroom __341__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/25/18__          _____
                            U.S. District Judge/Magistrate Judge